AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:25-mj-02990 | Date and time warrant executed:<br>11/15/2025 0634 | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

2 vials of blood taken from the body of Carter, Sheldon Jr.

✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

9:49 am, Dec 12 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____TTD____ Deputy

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/15/2025

*Executing officer's signature*
Julien Boone/Officer

*Printed name and title*